**Order filed, April 30, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-15-00362-CV

### JEFF LEWIS, Appellant

### V.

### AURORA LOAN SERVICES AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Appellee

---

**On Appeal from the 201st District Court
Travis County, Texas
Trial Court Case D-1-GN-11-000618**

---

## ORDER

The reporter's record in this case was due April 15, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Alicia Racanelli, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/ Sherry Radack
    Acting individually